# IN THE COURT OF APPEALS OF THE STATE OF MISSISSIPPI

## NO. 2016-CP-01374-COA

QUINCY HOLMES                                                    APPELLANT

v.

STATE OF MISSISSIPPI                                             APPELLEE

| | |
|---|---|
| DATE OF JUDGMENT: | 08/22/2016 |
| TRIAL JUDGE: | HON. LEE SORRELS COLEMAN |
| COURT FROM WHICH APPEALED: | LOWNDES COUNTY CIRCUIT COURT |
| ATTORNEY FOR APPELLANT: | QUINCY HOLMES (PRO SE) |
| ATTORNEY FOR APPELLEE: | OFFICE OF THE ATTORNEY GENERAL BY: KAYLYN HAVRILLA MCCLINTON |
| NATURE OF THE CASE: | CIVIL - POST-CONVICTION RELIEF |
| DISPOSITION: | AFFIRMED - 01/02/2018 |
| MOTION FOR REHEARING FILED: | |
| MANDATE ISSUED: | |

**BEFORE IRVING, P.J., BARNES AND WILSON, JJ.**

**WILSON, J., FOR THE COURT:**

¶1.     Quincy Holmes pled guilty to robbery and motor vehicle theft, and the circuit court sentenced him to consecutive prison terms of fifteen years and ten years. Holmes later filed a petition for post-conviction relief in which he alleged, among other things, that he received ineffective assistance of counsel because his lawyer did not advise him of his right to appeal the sentence imposed following his guilty plea. The circuit court dismissed the petition as without merit, and Holmes appealed. On appeal, Holmes addresses only his ineffective assistance claim. Holmes's claim is without merit because, among other reasons, there is no right to a direct appeal from a sentence imposed following a guilty plea. *Henderson v. State*,

89 So. 3d 598, 603 (¶¶19-21) (Miss. Ct. App. 2011).

¶2.    **AFFIRMED.**

**LEE, C.J., IRVING AND GRIFFIS, P.JJ., BARNES, CARLTON, FAIR, GREENLEE, WESTBROOKS AND TINDELL, JJ., CONCUR.**